UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA         :     **SEALED INDICTMENT**
:
        - v. -                   :     22 Cr. ____
:
ANDRE BARNES, a/k/a "Lotty,"     :
:     
        Defendant.               :
:
- - - - - - - - - - - - - - - - X

### COUNT ONE

**(Felon in Possession of Ammunition)**

The Grand Jury charges:

1. On or about January 27, 2021, in the Southern District of New York and elsewhere, ANDRE BARNES, a/k/a "Lotty," the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, ammunition BARNES discharged during a shooting on Ogden Avenue between 170th and 171st Street, in the Bronx, New York, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANDRE BARNES, a/k/a "Lotty,"

Defendant.

INDICTMENT

22 Cr. ___

(18 U.S.C. §§ 922(g), 924(a)(2) & 2)

DAMIAN WILLIAMS
United States Attorney

*[signature]*

Indictment, True Bill + Arrest Warrant filed before GJW 1/24/22 *[initials]*