USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-1-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       U.S.A.

        -V-                                 #22 CR 43 (JFK)

       Barnes

------------------------------X

The arraignment is set for Tuesday, February 8, 2022 at 11:30 a.m. before Judge Keenan in Courtroom 20-C. The time between January 24, 2022 and February 8, 2022 is excluded.

           SO ORDERED.

Dated:  New York, New York

2-1-22

                                    JOHN F. KEENAN
                           United States District Judge