```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :
     -against-                   :   No. 22 Cr. 43 (JFK)
                                 :
ANDRE BARNES,                    :       ORDER
                                 :
               Defendant.        :
-------------------------------- X
```

**JOHN F. KEENAN**, United States District Judge:

The Court is in receipt of Defendant Andre Barnes' Letter Motion requesting his release on bond pending trial pursuant to the Bail Reform Act, 18 U.S.C. § 3142. (ECF No. 13.) The Government is directed to file a response to Mr. Barnes' request by no later than June 9, 2022. Mr. Barnes' reply, if any, is due on or before June 13, 2022.

**SO ORDERED.**

Dated:  New York, New York
        May 9, 2022

                                    _____
                                        John F. Keenan
                                    United States District Judge

1