UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA,

       - against -

ANDRE BARNES,

            Defendant.

----------------------------------x

22 cr. 43 (JFK)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/22

JOHN F. KEENAN, District Court:

As set forth in the Defendant's June 17, 2022 letter, it is hereby:

    ORDERED that in light of the Government's large Rule 16 discovery production and in light of defendant ANDRE BARNES'S limited access to discovery at the Metropolitan Detention Center ("MDC"):

    MDC is ORDERED to allow the Defendant, ANDRE BARNES, Register Number 83182-509 to keep the hard drive sent to him by the Government in his dorm area.

    MDC is ORDERED to allow the Defendant, ANDRE BARNES, Register Number 83182-509 to use the unit computer in his unit for two hours each day to review his Rule 16 discovery that is on the hard drive sent to him by Government.

**SO ORDERED.**

Dated: New York, New York
       June 17, 2022

                                              _John F. Keenan_
                                           John F. Keenan
                                         United States District Judge