

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2023

**BY ECF**
The Honorable J. Paul Oetken
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Andre Barnes, a/k/a "Lotty,"* 22 Cr. 43 (JPO)

Dear Judge Oetken:

The Government respectfully submits this letter, with the consent of the defense, to request that the upcoming status conference in this case, currently scheduled for March 6, 2023, be adjourned for approximately three weeks. The parties in this matter have discussed a plea agreement, and anticipate that the defendant will enter a guilty plea in the coming weeks.

Because the parties are discussing potential resolutions of this case, and because the defense is reviewing the discovery to determine, among other things, what motions, if any, they will file, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Christopher Brumwell
Assistant United States Attorney
212-637-2477

> Granted.  The March 6, 2023 pretrial conference is adjourned to March 28, 2023, at 12:30 pm.  The Court hereby excludes time through March 28, 2023, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered:
> 3/6/2023

J. PAUL OETKEN
United States District Judge